■ FAIRVIEW ENERGY DESIGN, INC., Appellant, v M. ATHER

MIRZA et al., Respondents

We find no merit to the plaintiff's claim on appeal that those provisions of the Suffolk County Code chapter 345 regarding the licensure of home improvement contractors are unconstitutional. Thompson, J. P., Lawrence, Kunzeman and Balletta, JJ., concur.